# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI XU,<br><br>           Plaintiff,<br><br>     v.<br><br>JADDOU UR MENDOZA, Director of the United States Citizenship and Immigration Services; SUSAN M. CURDA as District Director of the Western Region Los Angeles District Office of the United States Citizenship and Immigration Services; and CORINA LUNA Los Angeles Field Office Director the United States Citizenship and Immigration Services.,<br>           Defendants. | No. 2:23-cv-00862-CJC-AFMx<br><br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Honorable Cormac J. Carney<br>United States District Judge |

///
///
///
///
///
///

1  Having read and considered the Joint Stipulation to Stay the Case Pending
2  Adjudication of Application submitted by the parties, and finding good cause therefor,
3  IT IS HEREBY ORDERED that the instant action shall be stayed until January
4  10, 2024.

6  Dated: April 25, 2023

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE